

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00875-CV

HENRY WILLIAM GROTEWOLD, Appellant

V.

JANET KAY MEYER, Appellee

Appeal from the 257th District Court of Harris County.   (Tr. Ct. No. 2004-40933).

**TO THE 257TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 13th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on September 13, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment providing, "IT IS ORDERED that Henry William Grotewold is obligated to pay and shall pay to Janet Kay Meyer child support of one thousand three hundred eight dollars and sixty-seven cents ($1308.67) per month . . . ."   Accordingly, the Court **reverses** this portion of the trial court's judgment and **renders** judgment replacing the quoted text with "IT IS ORDERED that Henry William Grotewold is obligated to pay and shall pay to Janet

Kay Meyer child support of nine hundred ninety dollars and eighty-eight cents ($990.88) per month . . . ."

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court orders that the appellant, Henry William Grotewold, pay one half of the appellate costs. The Court orders that the appellee, Janet Kay Meyer, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 13, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 27, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

